

# Missouri Court of Appeals
## Southern District

**MAY 5, 2015**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

1.    SD33071        State of Missouri, Respondent vs. Kurt Ross, Appellant